UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                               :
:
-v-                                           :    21-CR-523-4 (JMF)
:
SHATIR TAWFIQ,                                                          :    SCHEDULING ORDER
:
Defendant.                           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On August 22, 2022, Kevin T. Kearon and Matthew B. Keller filed Notices of Appearance on behalf of Defendant Shatir Tawfiq. *See* ECF Nos. 76 and 77. Substitution of counsel, however, requires leave of Court. *See* S.D.N.Y. Local Criminal Rule 1.1(b) (incorporating by reference Local Civil Rule 1.4). To that end, Paragraph 3(C) of the Court's Individual Rules and Practices for Criminal Cases (available at http://nysd.uscourts.gov/judge/Furman) requires counsel of record to file a letter-motion seeking a conference to address any application for substitution of counsel. In light of the foregoing, it is hereby ORDERED that counsel of record (*i.e.*, current counsel), the Defendant, proposed replacement counsel, and counsel for the Government shall appear for an in-person conference on **September 1, 2022** at **11:00 a.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: August 30, 2022
       New York, New York

_____
JESSE M. FURMAN
United States District Judge