UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>v.<br><br>SHATIR TAWFIQ et al.,<br><br>                    *Defendants*. | ~~**PROPOSED**~~ **ORDER**<br><br>21 Cr. 523 (JMF) |

Jesse M. Furman, United States District Judge:

After considering the parties' submissions filed on November 9, 2022, IT IS HEREBY ORRDERED that the defendant SHATIR TAWFIQ (Register No. 56236-509) is to be released subject to the following conditions:

1. Prior to his release, the defendant must sign a personal recognizance bond in the amount of $100,000, to be co-signed by two financially responsible persons.

2. Upon release, the defendant must report to Pretrial Services within 24 hours for the installment of location monitoring equipment;

3. The defendant is subject to Pretrial Services supervision as directed.

4. The defendant is subject to home detention, to be enforced by location monitoring technology to be determined by Pretrial Services. The defendant is permitted to self-install the home monitoring unit under the direction and instruction of Pretrial Services.

5. The defendant's travel is restricted to the Southern and Eastern Districts of New York.

6. The defendant must surrender travel documents with no new applications.

7. The defendant must seek or maintain verifiable employment.

8. The defendant must refrain from contact with any co-conspirators outside the presence of counsel.

9. The defendant may not engage in any employment involving buying, selling, or shipping automobiles.

**SO ORDERED:**

Dated: New York, New York
       November 9, 2022

_____
THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

The Clerk of Court is directed to terminate ECF No. 107.