

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 1, 2023

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 172.  SO ORDERED.

September 1, 2023

Re:     *United States v. Shatir Tawfiq et al.*, 21 Cr. 523 (JMF)

Dear Judge Furman:

      The Government writes to respectfully request a one-day extension of its September 1, 2023 deadline to file a letter-brief in advance of the limited *Fatico* hearing scheduled for September 8, 2023. The Government recognizes that under Rule 3.D of this Court's Individual Rules and Practices, extensions should be requested 48 hours prior to the deadline, and sincerely apologizes to the Court for not more timely making this application. The defense has indicated it consents to the extension if the defense is also granted one additional day to submit its response.

      Under the proposed schedule, the Government's submission would be due on September 2, 2023, and the defense's submission would be due on September 6, 2023.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Jane Chong
Kevin Mead
Assistant United States Attorneys
(212) 637-2211/2263

cc: Kevin Kearon, Esq. and Matthew Keller, Esq.