United States District Court
Southern District Of New York

United States of America

                            Case No. 21-CR-523-4 (JMF)

v.

Shatir Tawfiq

> Application GRANTED. The Clerk of Court is directed to mail a copy of this endorsed letter as well as ECF Nos. 19, 105, and 187, and a copy of the docket sheet to Shatir Tawfiq, Reg No. 56236-509, FCI Danbury, Pembroke Station, Danbury, CT 06811. The Clerk of Court is directed to terminate ECF No. 196. SO ORDERED.
>
> February 8, 2024

Defendant's Motion Requesting A Copy Of His Guilty Plea, Guilty Plea Hearing Transcripts And Sentencing Transcripts

The Defendant, Mr. Shatir Tawfiq respectfully request this Honorable Court to provide him with a copy of his guilty plea, guilty plea hearing transcripts, sentencing transcripts, copy of indictment and docket sheet. The reason Mr. Tawfiq has requested these documents because he is in need of these documents to file a habeas corpus petition pursuant to 28 U.S.C. § 2255, Mr. Tawfiq is willing to pay all court fees in regards to the requested documents.

Respectfully Submitted
By Shatir Tawfiq (Pro'se)

x [signature]    Date: 01/27/24

Certificate Of Service

Mr. Tawfiq hereby certifies that the foregoing document is being sent to the U.S. District Court (S.D.N.Y.), pursuant to 28 U.S.C. § 1746.