UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                              :
:
       -v-                                                          :    21-CR-523-4 (JMF)
:
SHATIR TAWFIQ,                                                         :    <u>ORDER</u>
:
                  Defendant.                                        :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On **June 28, 2024**, Defendant, proceeding without counsel, filed a "MOTION FOR RETURN OF SEIZED PROPERTY." ECF No. 199. The Government shall file any opposition to the motion by **July 10, 2024**, and Defendant shall file any reply by **July 24, 2024**.

       The Clerk of Court is directed to mail this Order to:

           SHATIR TAWFIQ
           Register No. 56236-509
           FCI Danbury
           Federal Correctional Institution
           33 ½ Pembroke Road
           Danbury, CT 06811

       SO ORDERED.

Dated: June 28, 2024
       New York, New York                         _____
                                                         JESSE M. FURMAN
                                                 United States District Judge