UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                           :

UNITED STATES OF AMERICA                    :

               -v-                    :           21-CR-523-4 (JMF)

                                 :

SHATIR TAWFIQ,                      :              ORDER

                               :

                  Defendant.       :

-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On June 28, 2024, Defendant, proceeding without counsel, filed a "MOTION FOR RETURN OF SEIZED PROPERTY." ECF No. 199. The same day, the Court entered an order setting July 10, 2024, as the deadline for the Government to file any opposition and July 24, 2024, as the deadline for Defendant to file any reply. *See* ECF No. 200. The Government timely filed its response on July 10, 2024, *see* ECF No. 201, but the Court learned earlier today that the Clerk's Office mailed the Court's Order of June 28, 2024, to the wrong address and that it was returned as undelivered. In light of that, Defendant's deadline to file a reply is hereby extended to **August 2, 2024**.

The Clerk of Court is directed to mail this Order to:

        SHATIR TAWFIQ
        Register No. 56236-509
        FCI Danbury
        Federal Correctional Institution
        33 ½ Pembroke Road
        Danbury, CT 06811

      SO ORDERED.

Dated: July 19, 2024
      New York, New York                        _____
                                         JESSE M. FURMAN
                                         United States District Judge