UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
        -v-                                                     :    21-CR-523-4 (JMF)
:
SHATIR TAWFIQ,                                                          :    ORDER
:
                    Defendant.                                :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        On August 6, 2024, Defendant, proceeding without counsel, filed a motion for compassionate release. *See* ECF No. 205. The Government shall file any opposition to the motion by **August 20, 2024**, and Defendant shall file any reply by **September 3, 2024**.

        The Clerk of Court is directed to mail this Order to:

                SHATIR TAWFIQ
                Register No. 56236-509
                FCI Danbury
                Federal Correctional Institution
                33 ½ Pembroke Road
                Danbury, CT 06811

        SO ORDERED.

Dated: August 7, 2024
       New York, New York
                                                JESSE M. FURMAN
                                                United States District Judge